AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>Michael Lee REDMAN<br><br>*Defendant(s)* | Case No. 2:21-mj-806 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **December 16, 2021** in the county of **Franklin** in the **Southern** District of **Ohio**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 922(g)(1) | Being a Convicted Felon in Possession of a Firearm |
| 18 U.S.C. 924(c)(1)(A)(i) | Possession of a Firearm During or in Furtherance of Drug Trafficking |
| 21 U.S.C. 841(a)(1) | Possession with Intent to Distribute Controlled Substances |

This criminal complaint is based on these facts:

See Attached

☑ Continued on the attached sheet.

*Complainant's signature*

ATF Task Force Officer Brian V. Boesch
*Printed name and title*

Sworn to before me and signed in my presence. Via FaceTime.

Date: December 28, 2021

Elizabeth A. Preston Deavers
United States Magistrate Judge

City and state: Columbus, OH

## ATTACHMENT A

I, Brian V. Boesch, being duly sworn, depose and state that:

I have been a police officer with the Columbus Division of Police since November of 1994. I am currently assigned as a Task Force Officer with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and have been so assigned since July of 2014. I was previously assigned as a robbery detective for eight and a half years and successfully investigated robberies and extortions. As a Task Force Officer, I am also authorized to carry firearms, execute warrants, make arrests for offenses against the United States, and perform other such duties as authorized by law.

1. This affidavit is made in support of an application for a federal arrest warrant and criminal complaint against **Michael Lee REDMAN** for the following:

    a. Being a Convicted Felon in Possession of a Firearm, in violation of 18 U.S.C. § 922(g)(1).

    b. Possession of a Firearm During or in Furtherance of Drug Trafficking, in violation of 18 U.S.C. § 924(c)(1)(A)(i); and

    c. Possess with Intent to Distribute Controlled Substances, in violation of 21 U.S.C. § 841(a)(1).

    My knowledge of this investigation is based upon my own personal observations, as well as the observation and investigation conducted by other law enforcement officers knowledgeable of the facts and circumstances involved in the subject investigation. I have not included in this Affidavit all the facts known to me, but only that information sufficient to establish probable cause to believe that REDMAN has committed the above-referenced violations.

2. On August 16, 2021, Franklin County Sheriff's Office (FCSO) Special Investigations Unit (SIU) Detective Jason BeVier was provided information that Michael REDMAN was trafficking large amounts of narcotics in the Columbus, OH area. The Source of Information (SOI) provided REDMAN's Facebook account and stated they were recently in contact with REDMAN and observed a large amount of Fentanyl and Cocaine in REDMAN's possession. The SOI provided Detective BeVier the address that REDMAN sells his narcotic from as 356 S. Highland Ave. and a cell phone for REDMAN as (614) 779-5279.

3. On August 18, 2021, Detective BeVier obtained a State of Ohio search warrant to "ping" REDMAN's cell phone to determine its location. The ping consistently placed REDMAN's cell phone at 356 S. Highland Ave. and at 1539 Covina Dr. Columbus, OH. Detective Bevier conducted surveillance at both residences and observed REDMAN numerous times at both houses. Detective BeVier observed a Honda Accord and a Cadillac Escalade at 1539 Covina Dr. that were both registered to REDMAN. Detective BeVier observed REDMAN driving a black Nissan Maxima, that was registered to Glorivette Rodriguez-Sandoval.

4. On September 9, 2021, Detective BeVier used a reliable confidential informant (CI) to contact REDMAN and confirm a narcotics transaction. The CI would be purchasing one (1) gram of fentanyl. After the CI was searched for currency and contraband, Detective Sherard Pollard provided the CI with $120 in pre-recorded Government currency to complete the transaction. Detective Pollard drove the CI to the rear of 356 S. Highland Ave. As the CI exited the car, Detective Pollard observed REDMAN standing in the doorway. The CI entered the residence and returned a short time later with 1 gram of cocaine.

5. On September 20, 2021, Detective BeVier obtained a State of Ohio search warrant to affix a Global Positioning Satellite (GPS) tracking device on the black Nissan Maxima that REDMAN had been observed driving on several occasions. After the device was attached to the Maxima, the surveillance units noted that the vehicle moved regularly between 1539 Covina Dr. and 356 S. Highland Ave. over the next several weeks. This was supported by visual surveillance of REDMAN and the GPS tracking data.

6. On December 14, 2021, Detective BeVier again enlisted the assistance of the CI to purchase narcotics from REDMAN. After searching the CI for currency and contraband, Detective BeVier provided the CI with $100 in pre-recorded government funds. Detective BeVier drove the CI to the rear of 356 S. Highland Ave. and watched the CI approach and knock on the rear door. Detective BeVier observed REDMAN answer the door and let the CI inside. A short time later, the CI returned to Detective BeVier and handed over 1 gram of crack cocaine.

7. Detective BeVier established that REDMAN resides at 1539 Covina Dr. with Rodriguez-Sandoval and uses 356 S. Highland Ave. as the location to sell his narcotics. On December 15, 2021, Detective BeVier obtained two (2) State of Ohio search warrants for the residences at 1539 Covina Dr. and 356 S. Highland Ave.

8. On December 16, 2021, FCSO Special Weapons and Tactics (SWAT) executed the first warrant at 1539 Covina Dr. REDMAN and Rodriguez-Sandoval were located in the downstairs bedroom. After the residence was secure, SIU detectives searched the residence and located the following items:

    a. War Sport model GP-CC, .556 pistol, s/n GPR05533 (Field tested full auto).
    b. Mossberg model 185K-A, 20ga. Shotgun, no s/n.
    c. Smith and Wesson model 32D/A, .32 revolver, s/n 119641.
    d. Ruger model P89, 9mm pistol, s/n 312-39530.
    e. 8 9mm rounds loaded in the Ruger P89.
    f. Smith and Wesson M&P22C, .22 pistol, s/n HHX2266.
    g. 10 .22 caliber rounds loaded in the S&W M&P22C.
    h. Ruger Blackhawk, .357 revolver, s/n 36-30352.
    i. 6 .357 caliber rounds loaded in the Ruger Blackhawk.
    j. Taurus PT1911, 9mm pistol, s/n TSJ28705.
    k. 11 9mm rounds loaded in the Taurus PT1911.
    l. Taurus PT99AFS, 9mm pistol, s/n TTF27430.
    m. 1 9mm round loaded in the Taurus PT99AFS.
    n. Browning Baby, .25 caliber pistol, s/n 219790.
    o. 6 .25 caliber rounds loaded in the Browning Baby.
    p. Kahr Arms PM9, 9mm pistol, s/n 1E5465.
    q. 5 9mm rounds loaded in the Kahr PM9.
    r. $42,467 in U.S. currency.
    s. 1,472 assorted rounds contained in a gray gym bag.
    t. 3 spent .38 auto shell casings wrapped in a cloth.
    u. Five (5) iPhones.
    v. Miscellaneous documents and house keys.
    w. A tan tactical ballistic vest cover.
    x. Assorted firearms parts and magazines.
    y. 495 grams of cocaine.

    z. 450 pills of unknown substances.

9. The FCSO SWAT unit then executed the warrant at 356 S. Highland Ave. Once the residence was secure, SIU detectives searched the residence and located the following items:

    a. Smith and Wesson M&P40C, .40 caliber pistol, s/n DSJ6926.
    b. 11 .40 caliber rounds loaded in the S&W M&P40C.
    c. Sannce surveillance camera DVR.
    d. DVR system with power cable.
    e. A thumb/flash drive.
    f. 60 grams of crack cocaine.



10. Three of the handguns were reported stolen and the AR pistol field tested as a fully automatic, qualifying it as a possible machine gun. The stolen handguns were all stolen within the city of Columbus.

11. After the search warrants, Detective BeVier presented a photo of several of the handguns and the CI confirmed that REDMAN was carrying the Smith and Wesson M&P40C (one of the stolen firearms) in his waistband as the CI was purchasing the narcotics from him.

12. REDMAN is prohibited from possessing a firearm or ammunition due to two (2) convictions for Possession of Drugs in the Franklin County Court of Common Pleas, case numbers 08CR1911 and 08CR5857. Both charges are punishable by over one year in prison. REDMAN received a sentence of 18 months.

13. These violations occurred in Franklin County, OH, which is located within the Southern District of Ohio.

_____
Brian V. Boesch, ATF Task Force Officer

Sworn to before me and signed in my presence.

_____
Elizabeth A. Preston Deavers
United States Magistrate Judge

December 28, 2021
DATE